U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN -6 AM 9:45

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff, )<br> )<br>v. )<br> )<br>Real property located at 1119 Sand Hill )<br>Road, Milton VT 05468, )<br>         Defendant *in rem*. ) | Case No. 2:25-cv-00560 |

## ORDER FOR NOTICE BY PUBLICATION

It is hereby ORDERED that the U.S. Attorney's Office give notice of the Verified Complaint of Forfeiture filed in this cause by advertising the same for at least thirty (30) consecutive days on an official government Internet site www.forfeiture.gov, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Such notice shall describe the property with reasonable particularity, specify the time within which a claim and answer must be filed, and name the Government attorney to be served with the claim and answer as required by Rule G(4).

Dated at Rutland, in the District of Vermont, this 6th day of June, 2025.

_____
Hon. Mary Kay Lanthier
United States District Court Judge